PROB 12c
(LAWP 6/13/13)

# United States District Court
# for the
# Western District of Louisiana
## Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| Offender: | Tyquario Derell Adams | | Docket No.0536 5:16-CR-00057-01 |
| Sentencing Judge: | The Honorable S. Maurice Hicks, Jr., Chief United States District Judge | | |
| Date of Original Sentence: | April 18, 2017 | | |
| Original Offense: | Count 1: Conspiracy to Distribute Cocaine<br>Count 8: Distribution of Powder Cocaine | | |
| Original Sentence: | 46 months imprisonment; 3 years supervised release | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | January 18, 2019 |
| Assistant U.S. Attorney: | Allison Bushnell | Defense Attorney: | Christopher Hatch (Retained) |

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

☐ Other

The probation officer believes that the offender has violated the following condition(s) of supervision:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| **Mandatory Condition - 1** | You must not commit another federal, state or local crime. |

On December 9, 2019, the defendant was arrested by the Shreveport Police Department and charged with Battery of a Dating Partner Pregnant Victim, Battery of a Dating Partner with Strangulation, and Home Invasion.

While the above-listed charges remain pending, the defendant was arrested on August 20, 2020, by the DeSoto Parish Sheriff's Office on charges of Possession of a Schedule II, Controlled Dangerous Substance (Cocaine) and Resisting an Officer, following a traffic stop wherein he was the passenger in the vehicle.

**U.S. Probation Officer Recommendation and Justification:**

Due to the nature and circumstances surrounding the defendant's most recent arrest, which involves illegal narcotics, as well as his continued disregard for the law, it is recommended that the Court issue a warrant for the defendant to appear in court and show cause, if any he can, why his supervised release should not be revoked. It is noted that the defendant was issued a summons to appear for a pending revocation hearing referenced his arrest for Battery of a Dating Partner Pregnant Victim, Battery of a Dating Partner with Strangulation, and Home Invasion. Currently, no hearing date has been set.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/21/2020

*Karen W. Lee*    08/21/2020  
Karen W. Lee        Date  
Supervising U.S. Probation Officer

Offender Name: Tyquario Derell Adams  
Docket Number: 0536 5:16CR00057

August 21, 2020  
Page 3  12C - WARRANT

## THE COURT ORDERS:

- ☐ No Action
- ☒ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other:

*/s/ Maurice Hicks*  
The Honorable S. Maurice Hicks, Jr.  
Chief United States District Judge

8/21/2020  
Date