# United States District Court
## for the
## Western District of Louisiana
## Shreveport Division

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO.0536 5:16-CR-00057-01 |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| TYQUARIO DERELL ADAMS | MAGISTRATE JUDGE MARK L. HORNSBY |

### ORDER

Considering the recommendation of the Probation Officer on the Petition on Probation and Supervised Release,

**IT IS ORDERED** that a warrant be issued for <u>Tyquario D. Adams</u> to appear before the Court with counsel to show cause, if any he can, why his supervised release should not be revoked.

**IT IS FURTHER ORDERED** that AlexWashington, be appointed to represent the offender in revocation proceedings before this Court.

**THUS, DONE AND SIGNED,** in Shreveport, Louisiana, this the _21st_ of August 2020.

_____
S. Maurice Hicks, Jr.
Chief United States District Judge

**Defendant's Address**

Tyquario D. Adams
DeSoto Parish Sheriff's Office
205 Franklin Street
Mansfield, Louisiana 71052
(318) 455-0001