**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:16-CR-00057-01** |
| **VERSUS** | **JUDGE HICKS** |
| **TYQUARIO DERELL ADAMS** | **MAGISTRATE HORNSBY** |

**MINUTES OF COURT:**
**SUPERVISED RELEASE REVOCATION HEARING**

| | | | |
|---|---|---|---|
| Date: | December 21, 2020 | Presiding: | Judge S. Maurice Hicks |
| Court Opened: | 1:30 PM | Courtroom Deputy: | Denise McDonnell |
| Court Adjourned: | 2:20 PM | Court Reporter: | Marie Runyon |
| Statistical Time: | 00:50 | | |

**APPEARANCES**

| | | | |
|---|---|---|---|
| Allison D Bushnell (AUSA) | | For | United States of America |
| Christopher D Hatch (Ret) | | For | Defendant |
| Tyquario Derell Adams | | | Defendant in custody |

**PROCEEDINGS**

Pursuant to the CARES Act, this proceeding was held via videoconference with consent of the parties. The Court finds that the use of videoconference to conduct this proceeding is warranted because this proceeding cannot be further delayed without serious harm to the interests of justice. Defendant knowingly and voluntarily waived his right to be present for the sentencing hearing. The Waiver of Rights and Consent to Proceed by Video Conference or Telephone During Covid-19 Emergency is ordered to be filed by counsel.

After an off-the-record discussion between the Court and counsel, the Court granted the defendant's oral motion to continue to allow parallel state court proceedings in DeSoto Parish to be resolved.  This matter is reset for 2/8/2021 at 2:00 PM by VTC Zoom.

The defendant appeared pursuant to [270] writ of habeas corpus ad prosequendum. Defendant will be returned to state custody until this matter is reset for 2/8/2021. Counsel for the Government is to file a motion for writ of habeas corpus prosequendum to ensure Defendant's presence at the February 2021 proceeding.