## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 16-0057-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TYQUARIO DERELL ADAMS | MAGISTRATE JUDGE HORNSBY |

### ORDER

Before the Court is a Motion to Appoint Counsel for Appeal, filed by Defendant's power of attorney. See Record Document 290. The motion advises that Defendant's retained counsel has been terminated and an appointment of new counsel is requested in order to file an appeal immediately. See id. The motion was received by the Court after more than thirty days had passed from the entry of judgment on revocation.

The motion is hereby **GRANTED**. The Federal Public Defender's Office is appointed to serve as appellate counsel and prosecute Defendant's appeal, if an appeal can be pursued despite any potential untimeliness.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this 16th day of August, 2021.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT