

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 16-57 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TYQUARIO DERELL ADAMS | MAGISTRATE JUDGE HORNSBY |

ORDER APPOINTING PANEL ATTORNEY FOR APPEAL

Considering that this Court has determined that the defendant is financially unable to employ counsel, and trial counsel has withdrawn as attorney of record for the defendant.

IT IS HEREBY ORDERED that, ELIZABETH DOUGHERTY is hereby appointed from the CJA Panel to represent defendant on appeal.

Appointment Date:   9/8/2021

THUS DONE in Chambers on this  8th  day of  September, 2021.

MARK L. HORNSBY
UNITED STATES DISTRICT JUDGE